**Andrew Krausz, by Leopold Krausz, plaintiff in error, v. Chicago City Railway Company et al., defendants in error. Gen. No. 25,008.**

Action to recover damages for injuries to person riding on rear of wagon struck by a street car. Judgment for defendants. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed July 7, 1920.

Carl Strover and Francis J. Woolley, for plaintiff in error. Charles LeRoy Brown, for defendants in error; John R. Guilliams and Franklin B. Hussey, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Joseph Burkowski, appellee, v. Peter Umbrasas, appellant. Gen. No. 25,103.**

Action to recover damages for injuries resulting from assault with a knife. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

D. B. Carmichael and McInerney & Power, for appellant. John A. Irrmann, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Mary A. Offutt, appellee, v. Hermann Heinze, appellant. Gen. No. 25,110.**

Action to recover damages resulting from an erroneous survey. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

Harry H. Felgar, for appellant. Montgomery, Hart & Smith, for appellee; Irving Herriott, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**City of Chicago, appellee, v. Michael Bartuch, appellant. Gen. No. 25,178.**

Conviction on charge of breach of peace. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed July 7, 1920.

Q. J. Chott, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**City of Chicago, appellee, v. Elmer Stuth, appellant. Gen. No. 25.179.**

Conviction on charge of breach of peace. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed July 7, 1920.

Q. J. Chott, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.